JS-6 ENTER

FILED
APR - 4 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JUAN ALBERTO MONZON LARA,      ) | Case No. CV 07-5736-VBF (MLG) |
|     Petitioner,      ) | JUDGMENT |
|     v.                ) | |
| LINDA SANDERS, Warden,         ) | |
|     Respondent.      ) | |

   IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: 3-31-08

_____
Valerie Baker Fairbank
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY